United States District Court
Southern District of Texas

**ENTERED**

May 03, 2017

David J. Bradley, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIAN CEPHUS<br>*Plaintiff* | § | |
| | § | |
| | § | |
| V. | § | |
| | § | Civil Action No. 4:16-cv-03255 |
| KROGER DEDICATED LOGSITICS | § | |
| CO., PLATINUM DRIVERS S, INC. and | § | |
| SAMUEL MACK | § | |
| *Defendants* | § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY to be considered Plaintiff's motion to dismiss without prejudice

and the Court, upon consideration of the pleadings and documents on file, agrees that the addition

of the non-diverse defendant has deprived it of jurisdiction to hear the cause. It is, therefore:

ORDERED that this cause of action is dismissed without prejudice to the refiling of the

same.

SIGNED this 2d  day of _May_ , 2017.

_____

JUDGE PRESIDING

Entry Requested:

**THE DUNK LAW FIRM, PLLC**

_____

Brenna L. Sanchez
Fed ID No. 1097976
4505 Caroline Street
Houston, Texas 77004
(713) 223-1435 // (713) 223-1438 (fax)
brenna@dunklawyers.com